

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00822-CR

Ricardo **RUIZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR0550
Honorable Mary D. Román, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED December 17, 2014.

_____
Catherine Stone, Chief Justice